# Court of Appeals
# of the State of Georgia

ATLANTA,  February 16, 2024

*The Court of Appeals hereby passes the following order:*

**A24A1002. SYLVANIA WATKINS, JR. et al. v. GARY PHILLIP FAULKNER, III.**

Sylvania Watkins, Jr. and Teresa Price sued Gary Phillip Faulkner, III to recover for damages allegedly arising from a motor vehicle accident. In 2021, the trial court dismissed the complaint for insufficient service of process. The plaintiffs appealed that ruling, and we affirmed the trial court's ruling in an unpublished opinion. See *Watkins v. Faulkner*, Case No. A22A0792 (Sept. 7, 2022). The plaintiffs also filed a motion for reconsideration of the trial court's dismissal order. In August 2023, the trial court denied that motion, and the plaintiffs filed a second motion for reconsideration two months later. The trial court also denied that motion, and the plaintiffs filed a notice of appeal from that order. We lack jurisdiction for two reasons.

First, the denial of a motion for reconsideration is not a directly appealable judgment, so the plaintiffs have no right of appeal here. See *Ferguson v. Freeman*, 282 Ga. 180, 181 (1) (646 SE2d 65) (2007); *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000). Second, to the extent the plaintiffs seek further review of the underlying dismissal order, they have already had an appeal from that order, and they are not entitled to another one. See *Houston County v. Harrell*, 287 Ga. 162, 163 (695 SE2d 29) (2010) ("a party is not entitled to a second appeal from a single order"). For these reasons, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/16/2024

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*